## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: DeLee M. Boss  SSN: XXX-XX-6621  CASE NO. 13-50463 KMS
Joint Debtor: N/a  SSN: XXX-XX-____  Median Income: [ ] Above
Address: 14 Ace Carlisle Rd.  [x] Below
Richton, MS 39476

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

### PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $ __332.00__ ([x] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
__Paid Direct__

(B) Joint Debtor shall pay $ _____ ([x] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

### PRIORITY CREDITORS.
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service: $_____ at $_____ /month
Mississippi Dept. of Revenue: $_____ at $_____ /month
Other/_____: $_____ at $_____ /month

### DOMESTIC SUPPORT OBLIGATION. DUE TO: _____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid [ ] direct, [ ] through payroll deduction, or [ ] through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid [ ] Direct, [ ] through payroll deduction, or [ ] through the plan.

### HOME MORTGAGES.
All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to __Seterus__ Beginning __April, 2013__ @ $ __720.00__ [ ] Plan [x] Direct
Mtg arrears to __Seterus__ Through __March, 2013__ $ __9,737.00__ @ $ __162.28__ /mo

### MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____
Are related taxes and/or insurance escrowed [ ] Yes [ ] No

Debtor's Initials __DB__ Joint Debtor's Initials _____ Chapter 13 Plan, Page 1 of __2__

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under nonbankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Toyota | 05 Toyota Camry | | $5,226.00 | $8,325.00 | 7% | Pay Amt. Owed |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Dish Network | | Broken Contract | Reject Contract |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**GENERAL UNSECURED CLAIMS** total approximately $ 6063.96 . Such claims must be *timely filed* and not disallowed to receive payment as follows: _____ IN FULL (100%), 0 %(percent) MINIMUM, or a total distribution of $ _____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged: $ 3,000.00
Attorney fee previously paid: $ 1,019.00
Attorney fee to be paid in plan: $ 1,981.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Attorney for Debtor (Name/Address/Phone/Email)
David L. Lord and Associates, P.A.
808 West Pine Street
Hattiesburg, MS 39401

Telephone/Fax:

Telephone No. 601-583-6132
Facsimile No. 604-582-5627
Email address lordlawfirm2@bellsouth.net

DATED: 3/12/13    DEBTOR'S SIGNATURE *De Lee M Boss*

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE *Lord*

Debtor's Initials _DB_    Joint Debtor's Initials _____    Chapter 13 Plan, Page 2 of 2