

SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 20, 2015

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: DELEE M. BOSS<br>AKA DELEE BOSS<br>AKA DELEE BOSS STRICKLAND<br>AKA DELEE MICHELE BOSS | CASE NO. 13-50463-KMS<br>CHAPTER 13<br><br>MOVANT |
| SETERUS, INC<br>VS<br>DELEE M. BOSS | RESPONDENT |
| J. C. BELL | RESPONDENT |

### ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT

**This Matter** having been set for hearing on April 16th 2015 at 10:30 a.m. on the Motion for Relief from Automatic Stay and for Abandonment filed by Seterus, Inc (Dk# 27) and the Court being advised that the Movant wishes to withdraw the Motion for Relief from Automatic Stay and for Abandonment.

**Therefore**, the Motion for Relief from Automatic Stay and for Abandonment filed by Seterus, Inc is withdrawn and any Debtor and Trustee's responses are now moot.

### ##END OF ORDER##

RESPECTFULLY SUBMITTED

_____
ATTORNEY FOR MOVER
Michael Jedynak, (Bar# 103014)
MORRIS AND ASSOCIATES
2309 Oliver Road
Monroe, Louisiana 71201
(318) 330-9020
mjedynak@ms.creditorlawyers.com