

**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: May 15, 2017

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: DELEE M. BOSS<br>AKA DELEE BOSS<br>AKA DELEE BOSS STRICKLAND<br>AKA DELEE MICHELE BOSS | CASE NO.: 13-50463-KMS<br>CHAPTER 13 |
| SETERUS, INC. AS SERVICER FOR FEDERAL<br>NATIONAL MORTGAGE ASSOCIATION ("FNMA")<br>VS | MOVANT |
| DELEE M. BOSS | RESPONDENT |
| J. C. BELL | RESPONDENT |

### AGREED ORDER

Considering the Motion for Relief from Automatic Stay and for Abandonment filed on behalf of Seterus, Inc. as servicer for Federal National Mortgage Association ("FNMA") (Dk#37), a hearing having been set for April 27, 2017 at 10:30 a.m., and the agreement between parties:

**IT IS HEREBY ORDERED** that the Debtor is in arrears on the monthly post petition mortgage payments to Seterus, Inc for the months of March 2017 through May 2017 in the amount of $820.11 each, totaling $2,835.18 which includes attorney fees and

DELEE M. ROSS
CASE NO.: 13-50463-KMS
CHAPTER 13

costs in the amount of $531.00, less $156.15 presently held in suspense, for having to file said motion for relief.

**IT IS FURTHER ORDERED** that the Debtor shall pay $2,835.18 within 30 days from April 27, 2017.

Should the Debtor fail to pay the account current within the time given, then without further order of the court, the automatic stay shall be lifted on behalf of Movant, thereby allowing Seterus, Inc or its successor to foreclose immediately on the property securing the claim of Seterus, Inc, which property bears the municipal address of 14 Ace Carlisle Rd, Richton, MS 39476 affecting the following described property: {See Exhibit A attached hereto and made a part hereof.} Said property shall be abandoned from the bankruptcy estate pursuant to 11 U.S.C. 554(b). Should Debtor wait until the end of the 30 days to mail said payment, Debtor counsel shall notify Morris & Associates by phone of the mailing date of payment.

**IT IS FURTHER ORDERED** that should the Debtor pay the account current as required by this Agreed Order, but then become 30 days or more delinquent beginning with the June 2017 payment, Movant shall send a fourteen (14) day Notice of Default to the Debtor and Debtors Attorney. If the default is not cured within 14 days from the date of the notice, the Automatic Stay shall be automatically lifted without further order of the court. Partial payments made by the debtor on future defaults may be kept and applied by Creditor without the necessity of filing a new notice of default. Only full cure of future defaults will prevent the lifting of the automatic stay as provided for in this order. In case of cure of default and occurance of subsequent defaults, Creditor shall only send two additional Notice of Defaults; if a fourth default occurs, the stay will automatically

DELEE M. BOSS
CASE NO.: 13-50463-KMS
CHAPTER 13

lift without further order of the court, and Creditor will file a Notice of Termination of the Automatic Stay so that all interested/affected parties are provided notice of the lift of said stay; upon filing of the Notice of Termination of the Automatic Stay, the property shall also be deemed abandoned from the bankruptcy estate and the Creditor may pursue its state law remedies.

      IT IS FURTHER ORDERED that in the event the bankruptcy stay is lifted; Movant shall provide written notice to the Trustee in a timely manner, and that any order remain in effect regardless of conversion to another Chapter.

##END OF ORDER##

APPROVED

_____
Emily Courteau
Attorney for Movant

_____
David L. Lord
Attorney for Debtor(s)


/s/Samuel J. Duncan
J. C. Bell, Trustee    13-50463
Or Attorney for Trustee


Presented by:
Emily Courteau, MSB# 100570
Dean Morris, LLC
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020
emily@ms.creditorlawyers.com

## Legal Description

A parcel of land which lies within the Southeast Quarter of the Northwest Quarter (SE 1/4 of NW 1/4), Section Nineteen (19), Township Five (5) North, Range Nine (9) West, Perry County, Mississippi, more particularly described as:

Beginning at the Northeast corner of said Forty, thence run South 660 feet to point of beginning, thence run West 450 feet, thence run South 240 feet, thence run North 75 degrees East 195 feet, thence run South 105 feet to North right of way line of Walley Bridge Road; thence run in a Northeasterly direction along the North line of said Road 373 feet, thence run North 36 feet to point of beginning. Containing two (2) acres, more or less.

SIGNED FOR IDENTIFICATION:

*DeLee M. Boss*
DELEE M. BOSS

Indexing Instructions: A parcel of land which lies within the SE1/4 of the NW 1/4, SEction Nineteen (19), Township Five (5) North, Range Nine (9) WEst, Perry County, MIssissippi.

32