UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  DELEE M. BOSS                                                        CHAPTER 13 BANKRUPTCY
                                                                                          CASE NO. 13-50463 KMS
          DEBTOR(S)

J.C. BELL, TRUSTEE

## NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS

COMES NOW, the Trustee, J.C. Bell, and files this Notice of Final Cure of Mortgage Payment(s) in regard to the Claim(s) of **FEDERAL NATIONAL MORTGAGE ASSOCIATION**.

1. The Debtor(s) has paid in full the amount required to cure any default on the claim(s), i.e. all applicable pre-petition arrearage has been cured and/or all applicable future mortgage payments made through the Plan, have been paid.

2. The above listed holder(s) of said claim(s) is obligated to file and serve a response within 21 days after service of this Notice, as required by and pursuant to FRBP 3002.1(g).

Respectfully submitted,

/s/  J.C. BELL

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
mdg@jcbell.net

## CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS (FEDERAL NATIONAL MORTGAGE ASSOCIATION (Claim #4)) to the below parties.

Notice Provided via First Class U.S. Mail:

DELEE M. BOSS                                         FEDERAL NATIONAL MORTGAGE
14 Ace Carlisle Rd.                                   ASSOCIATION
Richton, MS  39476                                    c/o SETERUS, INC.
                                                      P O BOX 1047
                                                      HARTFORD, CT  06143-1047

SEAN SOUTHERN, ESQ.
MORRIS & ASSOCIATES
2309 OLIVER ROAD
MONROE, LA  71201

Service provided via Notice of Electronic Filing (NEF) through ECF system:

DAVID LORD
UNITED STATES TRUSTEE

Dated this the 12th day of December, 2017.    */s/  J.C. BELL*
_____
J.C. BELL, TRUSTEE