UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-1 DIVISIONAL OFFICE

IN RE: DELEE M. BOSS                                                CASE NO.:13-50463-KMS
AKA DELEE BOSS                                                      CHAPTER 13
AKA DELEE BOSS STRICKLAND
AKA DELEE MICHELE BOSS

## NOTICE OF DEFAULT

WHEREAS, On May 15, 2017, an Agreed Order (Dk#43) was approved in the above styled and referenced cause wherein the above Debtor was ordered to make timely payments to Movant as due under the provisions of said Agreed Order; and

WHEREAS, said Debtor has failed to make timely payments to Movant as required under said Agreed Order; and

NOW THEREFORE, notice is hereby given in conformity with said Agreed Order that appropriate foreclosure proceedings or other action will be undertaken on or after fourteen (14) days from the date of this notice.

Respectfully submitted, this December 21, 2017.

Seterus, Inc. as servicer for Federal National Mortgage Association ("FNMA")

Dean Morris, LLC
2309 Oliver Road
Monroe, LA  71201
(318) 330-9020

/s/ Elizabeth Crowell
Elizabeth Crowell (Bar# 103676)
elizabeth.crowell@ms.creditorlawyers.com
ATTORNEY FOR MOVANT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-1 DIVISIONAL OFFICE

IN RE: DELEE M. BOSS  CASE NO.:13-50463-KMS
AKA DELEE BOSS  CHAPTER 13
AKA DELEE BOSS STRICKLAND
AKA DELEE MICHELE BOSS

## CERTIFICATE OF SERVICE

I, Elizabeth Crowell, hereby certify that I have notified all interested parties of the Notice of Default filed by Seterus, Inc, as servicer for Federal National Mortgage Association ("FNMA") who are listed as follows:

DeLee M. Boss
14 Ace Carlisle Rd
Richton, MS 39476

David L. Lord
Attorney at Law
lordlawfirm2@bellsouth.net

J. C. Bell
Trustee
mdg@jcbell.net

Office of U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

by electronic transmission or by mailing a copy of the Notice of Default filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this December 21, 2017.

Dean Morris, LLC
2309 Oliver Road
Monroe, LA   7l201
(3l8) 330-9020

/s/ Elizabeth Crowell

Elizabeth Crowell (Bar# 103676)
elizabeth.crowell@ms.creditorlawyers.com
ATTORNEY FOR MOVANT